GEORGE MATHER *v.* JAMES HARRISON & Co.

*Fact:* Proof of agency.

APPEAL from the Fifth District Court of New Orleans, *Augustin*, J. *Durant & Hornor*, for plaintiff and appellee. *Hunton & Bradford*, for defendant.

BUCHANAN, J. This case turns entirely upon questions of fact. Were the hundred hogsheads of sugar, sequestered herein, purchased for the account of

MATHER
v.
HARRISON.

defendants? Was *Prescott* authorized by defendants to make the purchase for their account? The evidence requires us to answer both these questions in the affirmative. *Prescott's* testimony upon these points is positive and uncontradicted. The fact, elicited in cross-examination, that *James Harrison & Co.* told him, before he went up the coast, that they would have nothing to do with the planters in the transaction—that he (*Prescott*) must draw upon them (*Harrison & Co.*) individually—makes no difference as to the liability of *Harrison & Co.* It was merely the form which they chose to give to their payment. In substance, it was unquestionably a contract between them and the planter, through the mediation of *Prescott.* And this view is borne out by the acts of defendants.

Being dissatisfied with the quality of the first lot of sugar received, they order *Prescott,* by telegraph, to cease weighing, and come down the river. Upon what principle did they undertake to control *Prescott's* operations or movements, if he was not acting as their agent? Again, they receive from the steamboat this lot of one hundred hogsheads, which *Prescott* ships them, and which he had already taken for their account, when the telegraphic dispatch reached him.

The reasons for judgment, of our brother in the District Court, contain a lucid and correct narration of the facts in the cause.

Judgment affirmed, with costs.